| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
May 06, 2022
Nathan Ochsner, Clerk

Lawrence Scott, §
§
    Plaintiff, §
§
versus §    Civil Action H-22-44
§
Weingarten Realty §
Management Company, §
§
    Defendant. §

## Conditional Dismissal

1. Having been advised that the parties have settled, the case is dismissed with prejudice. (10)

2. By June 10, 2022, the parties may move for reinstatement.

3. The court retains the jurisdiction to enforce the settlement

Signed on May 6, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge